FILED
April 29, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001801696

7

L J LOHEIT TRUSTEE
CHAPTER 13 TRUSTEE
PO BOX 1858
SACRAMENTO, CA  95812-1858
(916)856-8000

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In Re:

CHRISTOPHER L. ANDROKITIS
JENNIFER R. ANDROKITIS

Debtor(s)

Case No:  08-30690-D-13L

NOTICE OF FILED CLAIMS

In accordance with General No. 05-03 effective October 17, 2005, Lawrence J. Loheit, Chapter 13 Trustee, has compiled a list of filed claims in this case.  A copy of paragraph 6 of the General Order is below with information on claims, objections, and modifications:

(a)  Prior to the expiration of the deadline to object to proofs of claims (see subparagraph (c) below), the Trustee shall pay claims as specified in the confirmed chapter 13 plan unless the Trustee is served with an objection to a claim which is set for hearing within 60 calendar days of its service.  Until the objection is adjudicated or settled, the Trustee shall cease paying dividends on account of the objectionable claim.  If the objection is overruled, at the request of the claimant or the Trustee, the court may make provision for payment of any dividends not paid while the objection was pending.

(b)  The Notice of Filed Claims shall be filed and served by the Trustee upon the debtor and the debtor's attorney, if any, no later than the longer of 250 calendar days after the order for relief or 180 calendar days after confirmation.

(c)  Objections to claims shall be filed and served no later than 60 calendar days after service of the Notice of Filed Claims.  The debtor shall set a hearing on any objection pursuant to Local Bankruptcy Rule 3007-1(d)(1) or (d)(2) on the earliest available court date.

(d)  Nothing herein shall prevent the debtor, the Trustee, or any other party in interest from objecting to a proof of claim after the expiration of the dealine for objections specified in the subparagraph (c) above.  However, any objection filed after the expiration of that deadline shall not, if sustained, result in any order that the claimant refund amounts paid on account of its claim.

(e)  If a creditor fails to file a proof of claim within the time required by FRBP 3002 (c) or section 502, the debtor or the Trustee may file a proof of claim on behalf of the creditor pursuant to FRBP 3004.  The time for filing such a claim is extended to 60 calendar days after service on the debtor or his counsel of the Notice of Filed Claims.

(f)  If the Notice of Filed Claims includes allowed claims which are not provided for in the chapter 13 plan, or which will prevent the chapter 13 plan from being completed timely, the debtor shall file a motion to modify the chapter 13 plan, along with any valuation and section 522(f) motions not previously filed, in order to reconcile the chapter 13 plan and the filed claims with the requirements of the Bankruptcy Code.  These motions shall be filed and served no later than 90 calendar days after service by the Trustee of the Notice of Filed Claims and set for hearing by the debtor on the earliest available court date.  Paragraph 8 [See G.O. 05-03] shall appy to any motion to modify the chapter 13 plan.

(g)  Nothing herein shall prevent the debtor, the Trustee, or the holder of an allowed unsecured claim from requesting plan modifications at other times.

(h)  If the court enters an order valuing a creditor's collateral and the creditor has filed or later files a proof of a secured claim in an amount greater than the value established for the collateral, the allowed secured claim shall be the value of the collateral determined by the court.  It is unnecessary for the Trustee or the debtor to file a claim objection in addition to the motion valuing the collateral.  If the creditor has filed or later files a proof of a secured claim in an amount less than the value established for the collateral, the allowed secured claim shall be the amount claimed by the creditor.

(i)  If the court enters an order avoiding the judicial lien or nonpossessory, nonpurchase money security interest of a creditor and the creditor has filed or later files proof of a secured claim which identifies as security only the avoided lien or security interest, the claim shall be allowed as a general unsecured claim.  It is unneccessary for the Trustee or the debtor to file a claim objection in addition to the lien avoidance motion.

**REVIEW THE COURT RECORDS.  The Chapter 13 Trustee makes no warranty as to information herein.  The information may be incorrect or incomplete.**

This notice contains information regarding filed claims and their treatment through the plan.  The debtor should note these dates:

| | |
|---|---|
| Chapter 13 Filed | Fri   August 1, 2008 |
| First 341 Hearing | Thu   September 4, 2008 |
| Confirmation Date | Mon   Sep 29, 2008 |
| Bar Date/Govt Bar | Wed   December 3, 2008  /  Wed   January 28, 2009 |

| | |
|---|---|
| **"Scheduled"** | refers to the amount listed for the debt in the Schedule of Creditors filed at Court. |
| **"Filed"** | refers to the amount listed in the claim filed by or on behalf of the creditor. |
| **"Amt Per Plan"** | refers to the amount according to the plan. |
| **"Not Provided"** | refers to a claim amount not provided for by the Plan. |
| **"Special Notices"** | refers to parties who may be entitled to special notice. |

All claims are reported in the full amount of the filed claim. Unsecured claims are paid at the percentage approved in the confirmed plan, which may be less than the reported amount of the claim.

Dated April 29, 2009

/s/ L.J. LOHEIT
L.J. LOHEIT
CHAPTER 13 TRUSTEE

| | |
|---|---|
| Claim No.:2----AT T----Class:UNSECURED | |
| Address: Business Services PO Box 78230 San Francisco, CA 94107 | |
| Account No.: 8200 | Date Filed: |
| Scheduled: $234.59 | Monthly Pmt:$0.00    Int. Rate: 0.00 |
| Filed: NO CLAIM FILED | Pay Percent: 1.00 |
| | Note: |

Claim No.:3----AURORA LOAN SERVICES----Class:SECURED - TO BE PAID OUTSIDE PLAN
    Address: 10350 PARK MEADOWS DR LITTLETON, CO 80124
    Account No.: 3624                             Date Filed: Oct 09, 2008
    Scheduled:   DIRECT PAY             Monthly Pmt:$0.00    Int. Rate: 0.00
    Filed:                                            Pay Percent: 0.00
                                                        Note: DT1/1505 RUNDEL WAY

Claim No.:6----BANK OF AMERICA----Class:UNSECURED
    Address: P O BOX 479 CA9-702-03-93 PASADENA, CA 91102
    Account No.: 1600000206955000026       Date Filed: Sep 02, 2008
    Scheduled: $31,118.78               Monthly Pmt:$0.00    Int. Rate: 0.00
    Filed: $30,000.00                   Pay Percent: 1.00
                                                         Note:

Claim No.:4----BANK OF AMERICA NA----Class:UNSECURED
    Address: 100 NORTH BROADWAY MO2-100-09-18 LOSS/RECOVERY ST LOUIS, MO 63102-2728
    Account No.: 00136966065                Date Filed: Oct 14, 2008
    Scheduled: $243.37                    Monthly Pmt:$0.00    Int. Rate: 0.00
    Filed: $232.14                        Pay Percent: 1.00
                                                         Note:

Claim No.:10----Commercial Trade Bureau----Class:DUPLICATE CREDITOR
    Address: PO Box 10389 Bakersfield, CA 93389-0389
    Account No.:                                    Date Filed:
    Scheduled: $0.00                        Monthly Pmt:$0.00    Int. Rate: 0.00
    Filed: NO CLAIM FILED              Pay Percent: 100.00
                                                         Note: VALLEY YELLOW PAGES

Claim No.:11----David Bragonier----Class:UNSECURED
    Address: PO Box 3128 Rocklin, CA 95677
    Account No.:                                    Date Filed:
    Scheduled: $500.00                    Monthly Pmt:$0.00    Int. Rate: 0.00
    Filed: NO CLAIM FILED              Pay Percent: 1.00
                                                         Note:

Claim No.:12----DFS-SERVICES LLC----Class:UNSECURED
    Address: P O BOX 3025 NEW ALBANY, OH 43054-3025
    Account No.: 4176                            Date Filed: Aug 15, 2008
    Scheduled: $11,515.24               Monthly Pmt:$0.00    Int. Rate: 0.00
    Filed: $11,831.78                   Pay Percent: 1.00
                                                         Note: DISCOVER BANK

Claim No.:5----ECAST SETTLEMENT CORPORATION----Class:UNSECURED
    Address: P O BOX 35480 NEWARK, NJ 07193-5480
    Account No.: 5122                            Date Filed: Oct 16, 2008
    Scheduled: $23,532.40               Monthly Pmt:$0.00    Int. Rate: 0.00
    Filed: $22,823.40                   Pay Percent: 1.00
                                                         Note: BANK OF AMERICA

| | |
|---|---|
| 1 | |
| 2 | Claim No.:8----ECAST SETTLEMENT CORPORATION----Class:UNSECURED |

Claim No.:8----ECAST SETTLEMENT CORPORATION----Class:UNSECURED
    Address:  P O BOX 35480  NEWARK, NJ  07193-5480
    Account No.: 1530        Date Filed:   Oct 16, 2008
    Scheduled:      $11,223.09    Monthly Pmt:$0.00    Int. Rate: 0.00
    Filed:          $11,533.20    Pay Percent:  1.00
                                 Note:  CAPITAL ONE

Claim No.:9----ECAST SETTLEMENT CORPORATION----Class:UNSECURED
    Address:  P O BOX 35480  NEWARK, NJ  07193-5480
    Account No.: 0288        Date Filed:   Nov 03, 2008
    Scheduled:      $15,057.13    Monthly Pmt:$0.00    Int. Rate: 0.00
    Filed:          $15,499.17    Pay Percent:  1.00
                                 Note:  CHASE

Claim No.:31----ECAST SETTLEMENT CORPORATION----Class:UNSECURED
    Address:  P O BOX 35480  NEWARK, NJ  07193-5480
    Account No.: 4730        Date Filed:   Oct 16, 2008
    Scheduled:      $1,555.17    Monthly Pmt:$0.00    Int. Rate: 0.00
    Filed:          $1,700.08    Pay Percent:  1.00
                                 Note:  CAPITAL ONE BANK

Claim No.:13----Encore Receivable Management Inc----Class:DUPLICATE CREDITOR
    Address:  PO Box 47248  Oak Park, MI  48237
    Account No.: 4176        Date Filed:
    Scheduled:      $0.00    Monthly Pmt:$0.00    Int. Rate: 0.00
    Filed:          NO CLAIM FILED    Pay Percent:  100.00
                                 Note:  DISCOVER FINANCIAL

Claim No.:14----FIA Card Services----Class:DUPLICATE CREDITOR
    Address:  P O Box 15719  Wilmington, DE  19886-8719
    Account No.: 0426        Date Filed:
    Scheduled:      $0.00    Monthly Pmt:$0.00    Int. Rate: 0.00
    Filed:          NO CLAIM FILED    Pay Percent:  100.00
                                 Note:  B OF A

Claim No.:15----GC SERVICES LIMITED PARTNERSHIP----Class:DUPLICATE CREDITOR
    Address:  6330 GULFTON  HOUSTON, TX  77081
    Account No.: 1530        Date Filed:
    Scheduled:      $0.00    Monthly Pmt:$0.00    Int. Rate: 0.00
    Filed:          NO CLAIM FILED    Pay Percent:  100.00
                                 Note:  CAPITAL ONE BANK

Claim No.:16----J C Bookkeeping Services----Class:UNSECURED
    Address:  PO Box 162  5959 Harseshoe Bar Rd  Loomis, CA  95650
    Account No.:        Date Filed:
    Scheduled:      $257.00    Monthly Pmt:$0.00    Int. Rate: 0.00
    Filed:          NO CLAIM FILED    Pay Percent:  1.00
                                 Note:

Claim No.:17----Marcoa Publishing----Class:UNSECURED
    Address:  PO Box 509100  San Diego, CA  92150
    Account No.: 2424        Date Filed:
    Scheduled:      $2,195.00    Monthly Pmt:$0.00    Int. Rate: 0.00
    Filed:          NO CLAIM FILED    Pay Percent:  1.00
                                 Note:

08-30690-D-13L

Claim No.:18----MICROFORM PRECISION LLC----Class:UNSECURED
    Address: 1512 STRIKER AVE STE 110  SACRAMENTO, CA  95834
    Account No.: 6665      Date Filed: Dec 05, 2008
    Scheduled: $1,867.00      Monthly Pmt:$0.00      Int. Rate: 0.00
    Filed: $0.00      Pay Percent: 1.00
    Note: *+LATE/OBJ PEND/ORD

Claim No.:19----NCO Financial Systems----Class:UNSECURED
    Address: PO Box 13727  Sacramento, CA  95853
    Account No.: 6970      Date Filed:
    Scheduled: $2,171.71      Monthly Pmt:$0.00      Int. Rate: 0.00
    Filed: NO CLAIM FILED      Pay Percent: 1.00
    Note: ROSEVILLE SUTTER

Claim No.:21----PLACER COUNTY TAX COLLECTOR----Class:PRIORITY
    Address: 2976 RICHARDSON DR  AUBURN, CA  95603
    Account No.: 4070      Date Filed:
    Scheduled: $79.61      Monthly Pmt:$0.00      Int. Rate: 0.00
    Filed: NO CLAIM FILED      Pay Percent: 100.00
    Note: 07-08 PROPERTY TAX

Claim No.:22----Randy and Debra Gilchrist----Class:UNSECURED
    Address: 2722 Ledgestone Ln  Lincoln, CA  95648-8238
    Account No.:      Date Filed:
    Scheduled: $15,072.56      Monthly Pmt:$0.00      Int. Rate: 0.00
    Filed: NO CLAIM FILED      Pay Percent: 1.00
    Note:

Claim No.:23----RECOVERY MANAGEMENT SYSTEMS CORP----Class:UNSECURED
    Address: 25 SE 2ND AVE STE 1120  MIAMI, FL  33131
    Account No.: 7536      Date Filed: Dec 02, 2008
    Scheduled: $1,924.81      Monthly Pmt:$0.00      Int. Rate: 0.00
    Filed: $1,927.94      Pay Percent: 1.00
    Note: SAMS CLUB

Claim No.:24----SIERRA STAIR CO----Class:UNSECURED
    Address: 3432 SWETZER RD  LOOMIS, CA  95650
    Account No.: 1207      Date Filed: Sep 03, 2008
    Scheduled: $225.00      Monthly Pmt:$0.00      Int. Rate: 0.00
    Filed: $225.00      Pay Percent: 1.00
    Note:

Claim No.:25----Social Security Admin----Class:UNSECURED
    Address: Mid-Atlantic Program Center  300 Spring Garden Street  Philadelphia, PA  19123
    Account No.: 5600A      Date Filed:
    Scheduled: $17,504.00      Monthly Pmt:$0.00      Int. Rate: 0.00
    Filed: NO CLAIM FILED      Pay Percent: 1.00
    Note:

Claim No.:7----STATE BOARD OF EQUALIZATION----Class:PRIORITY
    Address: P O BOX 942879  SPECIAL PROCEDURES, MIC:55  SACRAMENTO, CA  94279-0055
    Account No.: SRKH100217559      Date Filed: Sep 10, 2008
    Scheduled: $5,000.00      Monthly Pmt:$0.00      Int. Rate: 0.00
    Filed: $4,223.65      Pay Percent: 100.00
    Note: 07-08 SALES TAX

08-30690-D-13L

Claim No.:26----Valley Yellow Pages----Class:UNSECURED
    Address:  1850 North Gateway Blvd  Fresno, CA  93727
    Account No.:  6941                                    Date Filed:
    Scheduled:      $904.77                     Monthly Pmt:$0.00        Int. Rate: 0.00
    Filed:          NO CLAIM FILED            Pay Percent:   1.00
                                                      Note:

**TOTALS:** (not including interest, trustee fees, or debtor's attorney fees)

| | Secured | Priority | Unsecured |
|---|---|---|---|
| Filed: | $0.00 | $4,223.65 | $95,772.71 |

Claim No.:33----MICROFORM PRECISION LLC----Class:SPECIAL NOTICE
    Address:  1312 STRIKER AVE  SACRAMENTO, CA  95834
    Account No.:  6665                                    Date Filed:
    Scheduled:      $0.00
    Filed:                                        Pay Percent:   100.00

Claim No.:32----RECOVERY MANAGEMENT SYSTEMS CORP----Class:SPECIAL NOTICE
    Address:  25 SE 2ND AVE  STE 1120  MIAMI, FL  33131
    Account No.:                                        Date Filed:
    Scheduled:      $0.00
    Filed:                                        Pay Percent:   100.00

## DEBTOR'S ATTORNEY

STEPHEN A KOONCE ESQ----Class:ATTORNEY FEE
    Address:  791 UNIVERSITY AVE  SACRAMENTO, CA  95825
    Amt per Plan: $3,274.00