

UNITED STATES BANKRUPTCY COURT
Eastern District of California (Sacramento)

IN RE:  
Debtors: Christopher L. Androkitis and  
Jennifer R. Androkitis

Case Number: 08-30690

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| IBM Lender Business Process Services, Inc | Aurora Loan Services LLC |
| Name of Transferee | Name of Transferor |
| P. O. Box 4128 | Court Claim # (if known): 5 |
| Beaverton, OR 97076-4128 | Amount of Claim: $361843.94 |
| | Date Claim Filed: 10/09/2008 |
| Phone: (866) 570-5277 | |
| Last Four Digits of Acct #: 2816 | Last Four Digits of Acct #: 3624 |

Name and Address where transferee payments should be sent (if different from above):

IBM Lender Business Process Services, Inc  
Same as Above

Phone: (866) 570-5277  
Last Four Digits of Acct #: 2816

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____/s/ Bill Taylor_____     Date: August 11, 2010  
       Authorized Filing Agent for Filer

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

ID:78