210B (07/09)

# United States Bankruptcy Court
Eastern District of California
www.caeb.uscourts.gov

FILED
08/12/2010
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

Case No.: 08-30690

**Debtor Name(s) and Address(es)**

Christopher L. Androkitis
1505 Rundel Way
Roseville CA 95747

Jennifer R. Androkitis
1505 Rundel Way
Roseville CA 95747

## NOTICE OF INTENT TO TRANSFER CLAIM

The claim(s) listed below was/were filed or deemed filed in this case under 11 U.S.C. § 1111(a) by the alleged transferor(s). On 08/12/2010, a document was filed in the Office of the Clerk as evidence of the transfer of this/these claim(s) to the transferee named below.

**Name and Address of Alleged Transferor(s):**

Claim No. 5: Aurora Loan Services LLC, 10350 Park Meadows Dr, Littleton CO 80124

**Name and Address of Transferee:**

IBM Lender Business Process Services, Inc
PO Box 4128
Beaverton OR 97076

**NOTICE IS HEREBY GIVEN** that the alleged transferor of this claim has twenty-one (21) days from the date of this notice to object to the transfer of the claim. If you agree with the transfer of the claim, you need to do nothing. The above-named transferee will be substituted for you in the claims register and other records of the court WITHOUT FURTHER NOTICE and will be entitled to receive any dividend/distributions which remain to be paid in this case. If, however, you disagree with the transfer of this claim, within 21 days of the date of this notice you must file with the appropriate divisional Office of the Clerk and serve upon the transferee and his/her attorney, if any, a Notice of Objection to the assignment/transfer of the claim setting forth the grounds for objection, together with a Notice of Hearing thereon with date and time filled in. Hearings are to be set at an appropriate time on a Law and Motion day in the appropriate department. Self set calendar procedures and available hearing dates are posted under Court Calendars on the Court's website (www.caeb.uscourts.gov).

Date:  08/14/10

For the Court
Richard G. Heltzel, Clerk

Fresno Division

2500 Tulare Street, Suite 2501
Fresno, CA 93721-1328
(559) 499-5800

Sacramento Division

501 I Street, Suite 3-200
Sacramento, CA 95814
(916) 930-4400

Modesto Division

1200 I Street, Suite 4
Modesto, CA 95354
(209) 521-5160

# CERTIFICATE OF NOTICE

```
District/off: 0972-2           User: kvas                   Page 1 of 1              Date Rcvd: Aug 12, 2010
Case: 08-30690                 Form ID: trc                 Total Noticed: 1
```

The following entities were noticed by first class mail on Aug 14, 2010.
15801397      +Aurora Loan Services LLC,   10350 Park Meadows Dr,   Littleton CO 80124-6800

The following entities were noticed by electronic transmission.
NONE.                                                                                            TOTAL: 0
         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Aug 14, 2010**                          Signature:   *Joseph Speetjens*