FILED
April 19, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003432997

# RELIEF FROM STAY INFORMATION SHEET
\* \* SEE IMPORTANT INSTRUCTIONS ON FORM EDC 3-468-INST \* \*
*PLEASE COMPLETE ALL PORTIONS APPLICABLE TO THE RELIEF FROM STAY MOTION*

**DEBTOR:** Christopher L. Androkitis dba      **CASE NO.** 10-30690
Americas BBO Islands from CA and Jennifer R. Androkitis aka Jennifer R. Androkitis
**MOVANT:** IBM Lender Business Process, et.al. **DC NO.** NLG-1

**HEARING DATE/TIME:** May 26, 2011 at 9:30 a.m.

**RELIEF IS SOUGHT AS TO** (✔) REAL PROPERTY   ( ) PERSONAL PROPERTY   ( ) STATE COURT LITIGATION

1. Address OR description of property or state court action   1505 Rundel Way, Roseville, California 95747

2. Movant's trust deed is a (✔) 1st ( ) 2nd ( ) 3rd ( ) Other: _____
   OR
   Leased property is ( ) Residential ( ) Non-residential  Term: ( ) Month-to-Month ( ) Other

3. Verified appraisal filed? _____     Movant's valuation of property   $ 360,000.00
   as set forth in Debtor's Schedule A and D.

4. The following amounts are presently owing to movant for:

| PRINCIPAL | INTEREST | COSTS | TOTAL |
|---|---|---|---|
| $ 362,005.42 | $ 22,171.80 | $ 3,471.55 | $ 387,648.77 |

5. State identity, rank, and balance owing to other known lien holders. Use additional page if necessary.
   _____  $ _____
   _____  $ _____
   _____  $ _____

   TOTAL ALL LIENS   $ _____
   DEBTOR'S EQUITY   $ _____

**FOR COURT USE ONLY**
Note date: _____
Note amount: _____
Note payment: _____

**FOR COURT USE ONLY**

6. Monthly payment is $ 2407.07, of which $ _____ is for impound account. Monthly late charge is $ 103.70.
7. The last payment by debtor was received on 01/01/2010 and was applied to the payment due 01/01/2010.
8. Number of payments past due and amount: (a) Pre-petition 0  $ 0.00   (b) Post-petition 10 $ 22,478.77.
9. Notice of Default was recorded on _____.  Notice of sale was published on _____.
10. If a chapter 13 case, in what class is this claim? _____
11. Grounds for seeking relief (check as applicable):
    (✔) Cause  (✔) Inadequate protection  (✔) Lack of equity  ( ) Lack of insurance  ( ) Bad faith
    ( ) Other _____.
12. For each ground checked above furnish a brief supporting statement in the space below.

    **(a) CAUSE, INADEQUATE PROTECTION and LACK OF EQUITY:** The Property currently has no equity, Movant has not received mortgage payments from the Debtors since January of 2010 in violation of their confirmed Chapter 13 Plan, and the Property is not necessary for the re-organization of Debtors' Chapter 13 bankruptcy estate due to its negative value.

EDC 3-468 (Rev. 6/8/05)