

2

STEPHEN A. KOONCE (SBN: 103493)
LAW OFFICES OF STEPHEN A. KOONCE
791 University Avenue
Sacramento, California 95825
Telephone:    (916) 925-2851
Facsimile:    (916) 921-2817

Attorney for Debtors
Christopher L. Androkitis
Jennifer R. Androkitis

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>CHRISTOPHER L. ANDROKITIS and JENNIFER R. ANDROKITIS<br><br>Debtors<br><br>IBM Lender Business Process Services, Inc. As servicer for Federal National Mortgage Association, its successors and/or assigns,<br><br>Movant,<br><br>v.<br><br>CHRISTOPHER L. ANDROKITIS dba AMERICAS BBQ ISLANDS FROM CA, Debtor; JENNIFER R. ANDROKITIS aka JENNIFIER R. ANDROKITIS, Joint Debtor and LAWRENCE J. LOHEIT, Chapter 13 Trustee,<br><br>Respondents. | Case No. 08-30690-D-13L<br><br>DCN: NLG-1<br><br>**JOINT DECLARATION OF CHRISTOPHER L AND JENNIFER R. ANDROKITIS SUPPORTING OPPOSITION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br><br><br><br><br><br><br>DATE:    June 7, 2011<br>TIME:    1:30 p.m.<br>PLACE:   Courtroom 33<br>JUDGE:   Sargis |

WE, CHRISTOPHER L. ANDROKITIS and JENNIFER R. ANDROKITIS declare:

1.    We are the above named Chapter 13 debtors. We have personal knowledge of the following facts and if called to testify, would so state.

2.    At the time we filed our Chapter 13 Petition, our home loan was being serviced

LAW OFFICES OF
STEPHEN A. KOONCE
791 UNIVERSITY J
SACRAMENTO, CA 95825
TELEPHONE 925-2851
FACSIMILE 921-2817

Page 1 of  2

through Aurora Loan Services. We paid that loan directly as a Class 4 creditor in our Chapter 13 Plan. In the fall of 2009 we began working with Aurora Loan Services for a loan modification. In a October of that year, we were notified that we had a modified loan payment of $1,333 per month. Starting with October, that is the payment we have made every month on this loan. Our payment history off of our Quicken bookkeeping program for the period of October 29, 2009 through February 24, 2011 accompanies our response as Exhibit "A". This shows we paid $1,333 per month every month on this loan. We also have included the records from our Patelco Credit Union account showing payments on this loan for the period of May 21, 2010 through April 4, 2011 as Exhibit "B".

3.   In early 2011 we received a mortgage interest statement from the current lender LBPS showing we paid $12,443.94 in mortgage interest and $1,628.10 in property taxes for 2010. A copy of this form accompanies our response as Exhibit "C".

4.   In August 2010 we received notice from both Aurora and LBPS that the latter would be the next loan servicing agent for our home loan. A copy of the August 2010 letter we received from LBPS notifying us of this chance accompanies our response as Exhibit "D".

5.   Since the change in servicing agent, we have repeatedly attempted to contact LBPS regarding the status of our loan, but have been unable to receive any sort of response.

We declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration is executed on May 23, 2011, at Sacramento, California.

/s/ Christopher L. Androkitis
CHRISTOPHER L. ANDROKITIS

/s/ Jennifer R. Androkitis
JENNIFER R. ANDROKITIS

LAW OFFICES OF
STEPHEN A. KOONCE
791 UNIVERSITY J
SACRAMENTO, CA 95825
TELEPHONE 925-2851
FACSIMILE 921-2817