FILED
May 23, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003511368

12

STEPHEN A. KOONCE (SBN: 103493)
LAW OFFICES OF STEPHEN A. KOONCE
791 University Avenue
Sacramento, California 95825
Telephone:    (916) 925-2851
Facsimile:    (916) 921-2817

Attorney for Debtors
Christopher L. Androkitis
Jennifer R. Androkitis

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Case No. 08-30690-D-13L |
| CHRISTOPHER L. ANDROKITIS and JENNIFER R. ANDROKITIS | DCN: NLG-1 |
| Debtors | |
| IBM Lender Business Process Services, Inc. As servicer for Federal National Mortgage Association, its successors and/or assigns, | |
| Movant, | |
| v. | |
| CHRISTOPHER L. ANDROKITIS dba AMERICAS BBQ ISLANDS FROM CA, Debtor; JENNIFER R. ANDROKITIS aka JENNIFIER R. ANDROKITIS, Joint Debtor and LAWRENCE J. LOHEIT, Chapter 13 Trustee, | DATE: June 7, 2011<br>TIME: 1:30 p.m. |
| Respondents. | PLACE: Courtroom 33<br>JUDGE: Sargis |

**EXHIBITS
DEBTORS' OPPOSITION TO MOTION FOR RELIEF
FROM THE AUTOMATIC STAY**

Page  1  of  12

LAW OFFICES OF
STEPHEN A. KOONCE
791 UNIVERSITY J
SACRAMENTO, CA 95825
TELEPHONE 925-2851
FACSIMILE 921-2817

| Exhibit | Title | Page |
|---|---|---|
| "A" | Quicken bookkeeping program | 3 |
| "B" | Payment history from Patelco account | 5-6 |
| "C" | IRS form 1098 | 8 |
| "D" | Letter dated August 9, 2010 from LBPS | 10-11 |

LAW OFFICES OF
STEPHEN A. KOONCE
791 UNIVERSITY J
SACRAMENTO, CA 95825
TELEPHONE 925-2851
FACSIMILE 921-2817

Page __2__ of _12_

# EXHIBIT "A"

*3/23/11   1333.00*

## Search Results

Page 1

| Date | Acct | Num | Payee | Cat | Memo | Clr | Amount |
|---|---|---|---|---|---|---|---|
| 2/24/2011 | Personal - Patelco | | Bill Payment Lende... | Mortgage Payment | Bill Payment LEN... | c | -1,333.00 |
| 1/25/2011 | Personal - Patelco | | Bill Payment Lende... | Housing | Bill Payment LEN... | c | -1,333.00 |
| 12/17/2010 | Personal - Patelco | | Bill Payment Lende... | Housing | Bill Payment LEN... | R | -1,333.00 |
| 12/3/2010 | Personal - Patelco | 3872 | Lendor Bus. Proces... | Housing | Share Draft: 000... | R | -1,333.00 |
| 11/2/2010 | Personal - Patelco | 3859 | Lendor Bus. Proces... | Housing | Share Draft: 000... | R | -1,333.00 |
| 9/27/2010 | Personal - Patelco | | Lendor Bus. Proces... | Mortgage Payment | Share Draft: 000... | R | -1,333.00 |
| 8/27/2010 | Personal - Patelco | | Lendor Bus. Proces... | Mortgage Payment | Share Draft: 000... | R | -1,333.00 |
| 7/26/2010 | Personal - Patelco | | Aurora Loan Serv B... | Mortgage Payment | ANDROKITIS CH... | R | -1,333.00 |
| 6/23/2010 | Personal - Patelco | | Bill Payment Aurora... | Mortgage Payment | Bill Payment AU... | R | -1,333.00 |
| 5/21/2010 | Personal - Patelco | | Bill Payment Aurora... | Mortgage Payment | Bill Payment AU... | R | -1,333.00 |
| 5/5/2010 | Personal - Patelco | 5112 | Aurora Loan Serv B... | Mortgage Payment | Share Draft: 000... | R | -1,333.00 |
| 3/31/2010 | Personal - Patelco | | Bill Payment Aurora... | Mortgage Payment | Bill Payment AU... | R | -1,333.00 |
| 2/25/2010 | Personal - Patelco | | Bill Payment Aurora... | Mortgage Payment | Bill Payment AU... | R | -1,333.00 |
| 1/20/2010 | Personal - Patelco | | Bill Payment Aurora... | Mortgage Payment | Bill Payment AU... | R | -1,333.00 |
| 12/14/2009 | Personal - Patelco | | Bill Payment Aurora... | Mortgage Payment | Bill Payment AU... | R | -1,333.00 |
| 10/29/2009 | Personal - Patelco | | Bill Payment Aurora... | Mortgage Payment | Bill Payment AU... | R | -1,333.00 |

*Off our Quicken bookkeeping.*

*EXHIBIT A*

*Page 4 of 12*

# EXHIBIT "B"



- Balances
- History
- Transfers
- Bill Pay
- Services
- Security
- Sign Out

Help | Rates | Locations | Application Status

April 24, 2011

BillPay Options
Pay Bill
Pay Multiple Bills
Current Payments
Add/Delete Payees
Payment History
Change Max Payment Amount
FAQs/Help

Payment History

| Payee | Amount | Confirmation (Click # to Inquire) | Status | Check #<br>Date Cleared | Sent |
|---|---|---|---|---|---|
| LENDER BUSINESS PROCESS SERVICES, 10832816<br>P.O. BOX 7162<br>PASADENA, CA 91109-7162 | $1,333.00 | 0012517690 | Sent | 2218126135<br>4/4/2011 | 3/23/2011 |
| LENDER BUSINESS PROCESS SERVICES, 10832816<br>P.O. BOX 7162<br>PASADENA, CA 91109-7162 | $1,333.00 | 0012387757 | Sent | 2214821935<br>3/3/2011 | 2/24/2011 |
| LENDER BUSINESS PROCESS SERVICES, 10832816<br>P.O. BOX 7162<br>PASADENA, CA 91109-7162 | $1,333.00 | 0012251018 | Sent | 2211403376<br>2/3/2011 | 1/25/2011 |
| LENDER BUSINESS PROCESS SERVICES, 10832816<br>P.O. BOX 7162<br>PASADENA, CA 91109-7162 | $1,333.00 | 0012078965 | Sent | 2207252687<br>12/29/2010 | 12/17/2010 |
| LENDER BUSINESS PROCESS SERVICES, 10832816<br>P.O. BOX 7162<br>PASADENA, CA 91109-7162 | $1,333.00 | 0011710812 | Sent | 2198078984<br>10/1/2010 | 9/27/2010 |
| LENDER BUSINESS PROCESS SERVICES, 10832816<br>P.O. BOX 7162<br>PASADENA, CA 91109-7162 | $1,333.00 | 0011578315 | Sent | 2194976685<br>9/1/2010 | 8/27/2010 |

*Started Paying to LBS →*

Help | Rates | Locations | Sign Out
Copyright © 2011, Patelco Credit Union ⌂ Equal Housing Lender
Protecting your privacy is our top priority - View Our Privacy Policy

NCUA  Your savings federally insured to at least $250,000 and backed by the full faith and credit of the U.S. Government. National Credit Union Administration, a U.S. Government Agency.

EXHIBIT "B"   Page 6 of 12

4/24/2011 8:51 PM



Help | Rates | Locations | Application Status

- Balances
- History
- Transfers
- Bill Pay
- Services
- Security
- Sign Out

April 24, 2011

BillPay Options
Pay Bill
Pay Multiple Bills
Current Payments
Add/Delete Payees
Payment History
Change Max Payment Amount
FAQs/Help

Payment History

| Payee | Amount | Confirmation (Click # to Inquire) | Status | Check # / Date Cleared | Sent |
|---|---|---|---|---|---|
| Aurora Loan Services, 0033353624 P.O. Box 173930 Denver, CO 80217-3930 | $1,333.00 | 0011434408 | Sent | Electronic | 7/26/2010 |
| Aurora Loan Services, 0033353624 P.O. Box 173930 Denver, CO 80217-3930 | $1,333.00 | 0011294331 | Sent | Electronic | 6/23/2010 |
| Aurora Loan Services, 0033353624 P.O. Box 173930 Denver, CO 80217-3930 | $1,333.00 | 0011151213 | Sent | Electronic | 5/21/2010 |

Help | Rates | Locations | Sign Out
Copyright © 2011, Patelco Credit Union ⌂ Equal Housing Lender
Protecting your privacy is our top priority - View Our Privacy Policy
NCUA Your savings federally insured to at least $250,000 and backed by the full faith and credit of the U.S. Government. National Credit Union Administration, a U.S. Government Agency.

EXHIBIT "B"   Page 7 of 12

4/24/2011 8:51 PM

*Page 8 of 12*

# EXHIBIT "C"

*Page 8 of 12*

**IMPORTANT TAX RETURN INFORMATION BELOW**

3-769-01164-0137076-028-1-000-000-000-000
ANDROKITIS, CHRISTOPHER L
ANDROKITIS, JENNIFER R
1505 RUNDEL WAY
ROSEVILLE CA  95747-6307

PAGE 1 OF 1

ACCOUNT NUMBER: 10832816
FOR INFORMATION CALL: 1-866-570-5277
CUSTOMER SERVICE HOURS:
Mon-Thu 5am to 9pm; Fri 5am to 6pm
Sat 6am to 12pm; Sun 11am to 5pm PT

*SEE REVERSE SIDE FOR ADDITIONAL INFORMATION*

☐ CORRECTED (if checked)

| RECIPIENT'S/LENDER'S name, address, and telephone number | *Caution: The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person. | OMB No. 1545-0901  2010  Form 1098 | **Mortgage Interest Statement** |
|---|---|---|---|
| IBM Lender Business Process Services, Inc.<br>PO Box 4121<br>Beaverton, OR  97076-4121<br><br>Phone No. 866-570-5277 | | | |
| PAYER'S/BORROWER'S name, street address (including apt. no.), city, state, and ZIP code | 1  Mortgage interest received from payer(s)/borrower(s)*<br>$  12,443.94 ✓ | | **Copy B**<br>For Payer/Borrower |
| ANDROKITIS, CHRISTOPHER L<br>ANDROKITIS, JENNIFER R<br>1505 RUNDEL WAY<br>ROSEVILLE CA  95747-6307 | 2  Points paid on purchase of principal residence<br>$  .00 | | The information in boxes 1, 2, 3, and 4 is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points or because you did not report this refund of interest on your return. |
| | 3  Refund of overpaid interest<br>$  .00 | | |
| | 4  Mortgage insurance premiums<br>$  .00 | | |
| | 5  PROPERTY TAXES<br>1,628.10 ✓ | | |
| | RECIPIENT'S federal identification no.<br>20-5951227 | PAYER'S social security number<br>XXX-XX-5066 | |
| | Account number (see instructions)<br>10832816 | | |

Form 1098      (Keep for your records)      Department of the Treasury - Internal Revenue Service

## ACCOUNT STATEMENT

IBM Lender Business Process Services, Inc.
PO Box 4121
Beaverton, OR  97076-4121
20-5951227

ANDROKITIS, CHRISTOPHER L
ANDROKITIS, JENNIFER R
1505 RUNDEL WAY
ROSEVILLE CA  95747-6307

Tax Year: 2010
Acct#: 10832816
Last 4 digits of SSN: XXX-XX-5066

The following is a statement of your account for the period during which we have serviced your loan:

| PRINCIPAL RECONCILIATION | | ESCROW RECONCILIATION | |
|---|---|---|---|
| Beginning Principal Balance: | $362,005.42 | Beginning Escrow Balance: | $1,906.95- |
| Ending Principal Balance: | $362,005.42 | Total Escrow Deposits: | $1,998.48 |
| | | Total Escrow Disbursements: | $1,628.10 |
| Amount Added to Principal Due to | | Ending Escrow Balance: | $1,536.57- |
| Negative Amortization: | $.00 | Interest on Escrow: | $.00 |

REAL ESTATE TAXES ADVANCED
Property Taxes:   $1,628.10

EXHIBIT "C"

Page 9 of 12

If the Tax ID Number shown above is incorrect or if the space is blank, please complete the Tax Identification Certification on the reverse side of this

*Page 10 of 12*

# EXHIBIT "D"

*Page 10 of 12*



**Lender Business Process Services**
14523 SW Millikan Way; Suite 200; Beaverton, OR 97005

**Business Hours (Pacific Time)**
Mon-Thu 5:00am to 9:00pm; Fri 5:00am to 6:00pm
Sat 6:00am to 12:00pm, Sun 11:00am to 5:00pm

**Payments**
P.O. Box 7162; Pasadena, CA 91109-7162

**Correspondence**
PO Box 4121; Beaverton, OR 97076-4121

**Phone**
866.570.5277

**Fax**
866.578.5277

**Website**
www.lbps.com

August 9, 2010

L027A

ANDROKITIS, CHRISTOPHER L
ANDROKITIS, JENNIFER R
1505 RUNDEL WAY
ROSEVILLE, CA 95747

RE: Loan No: 10832816
Total Debt*: $381,233.48

IBM Lender Business Process Services, Inc. (LBPS) is the servicer and debt collector of the above-referenced loan. LBPS will accept payments from you on behalf of Fannie Mae, your creditor. LBPS has been authorized to make decisions on your creditor's behalf.

According to our records, including information that we have received from your prior servicer, the amount of your debt as of the date of this notice is provided below. It is not a pay-off statement. A pay-off amount might include a prepayment charge, additional third-party costs that have not yet been paid by your prior servicer, and future costs that may be necessary.

**Summary of Total Debt Composition:**

| Loan Balance, Interest, & Escrow | | Servicer Charges | |
|---|---|---|---|
| Current Principal Balance: | $362,005.42 | Late Charges | $414.80 |
| Unpaid Interest: | $25,433.36 | NSF | $0.00 |
| Escrow Overdraft: | $0.00 | Other | $0.00 |
| Interest Arrearage: | $0.00 | | |
| Escrow Arrearage: | $0.00 | | |

| Advances on Borrower Behalf | | Funds Held | |
|---|---|---|---|
| Short Payments | $0.00 | Suspense Balance: | $8,869.05 |
| Title | $0.00 | Escrow Balance: | $1,906.95 |
| Property Inspections | $84.00 | Other/Special Handling: | $0.00 |
| Bankruptcy | $250.00 | | |
| Property Preservation | $0.00 | **Total Amount of Your Debt:** | **$381,233.48** |
| BPO/Appraisal/Valuations | $0.00 | | |
| Foreclosure | $0.00 | | |
| Legal/Attorney | $0.00 | | |
| Taxes and Insurance | $0.00 | | |
| Other | $0.00 | | |

(Continued)

YOU SHOULD CONSIDER THIS LETTER AS COMING FROM A DEBT COLLECTOR AS WE SOMETIMES ACT AS A DEBT COLLECTOR. ANY INFORMATION PROVIDED BY YOU WILL BE USED TO COLLECT THIS DEBT. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS LETTER IS NOT AN ATTEMPT TO COLLECT THE DEBT, BUT NOTICE OF POSSIBLE ENFORCEMENT OF OUR LIEN AGAINST THE COLLATERAL PROPERTY. COLORADO: FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA. NEW YORK CITY: 1331537, 1340663, 1340148. TENNESSEE: This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. IBM Lender Business Process Services, Inc. is licensed to do business at 14523 SW Millikan Way, Beaverton, OR.

ANDROKITIS, CHRISTOPHER L
ANDROKITIS, JENNIFER R
Loan No.: 10832816
Page 2
August 9, 2010

Pursuant to the Federal Fair Debt Collections Practices Act, if you do not notify us within 30 days after receiving this notice that you dispute the validity of this debt, or any portion thereof, the debt will be assumed to be valid by the debt collector. If you notify us in writing within 30 days that the debt or any portion thereof is disputed, or if you request the name and address of the original creditor, we will obtain verification of the debt or judgment against you and mail a copy to you and provide you with the name and address of the original creditor.

The law does not require us to wait until the end of the 30-day period before attempting to collect this debt. If, however, you request proof of the debt or the name and address of the original creditor within the 30-day period that begins with your receipt of this letter, the law requires us to suspend our efforts (through litigation or otherwise) to collect the debt until we mail the requested information to you. In addition, we will suspend our efforts (other than sending you reminder notices) ~~until the expiration of your grace period if all payments have been made on your loan other than the payment due this~~ month.

If you have questions, please contact LBPS Customer Service toll-free at 866.570.5277, Mon-Thu 5:00am to 9:00pm; Fri 5:00am to 6:00pm, Sat 6:00am to 12:00pm, Sun 11:00am to 5:00pm Pacific time, or in writing at PO Box 4121; Beaverton, OR 97076-4121.

*Please call our office for up to date payoff information.

Sincerely,

Lender Business Process Services

YOU SHOULD CONSIDER THIS LETTER AS COMING FROM A DEBT COLLECTOR AS WE SOMETIMES ACT AS A DEBT COLLECTOR. ANY INFORMATION PROVIDED BY YOU WILL BE USED TO COLLECT THIS DEBT. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS LETTER IS NOT AN ATTEMPT TO COLLECT THE DEBT, BUT NOTICE OF POSSIBLE ENFORCEMENT OF OUR LIEN AGAINST THE COLLATERAL PROPERTY. COLORADO: FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA. NEW YORK CITY: 1331537, 1340663, 1340148. TENNESSEE: This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. IBM Lender Business Process Services, Inc. is licensed to do business at 14523 SW Millikan Way, Beaverton, OR.

EXHIBIT "D"   Page 12 of 12