FILED
June 13, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D43

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Christopher L. Androkitis and Jennifer R. Androkitis | **Case No :** | 08−30690 − E − 13L |
| | | **Date :** | 6/7/11 |
| | | **Time :** | 1:30 |

**Matter :** [30] − Motion for Relief from Automatic Stay [NLG−1] Filed by Creditor IBM Lender Business Process Services, Inc (Fee Paid $150) (abas)

**Judge :** Ronald H. Sargis
**Courtroom Deputy :** Janet Larson
**Reporter :** Diamond Reporters
**Department :** E

**APPEARANCES for :**
**Movant(s) :**
(by phone)   Creditor's Attorney − Nichole Glowin
**Respondent(s) :**
(by phone)   Debtor(s) Attorney − Stephen A. Koonce
             Neil Enmark (for the Trustee)

## CIVIL MINUTE ORDER

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

The Motion for Relief From the Automatic Stay filed by the creditor having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

IT IS ORDERED that Motion filed by IBM Lender Business Process Services, Inc. is denied without prejudice.

Dated: June 11, 2011

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court